# DAVID K. BERTAN
ATTORNEY AT LAW
41 EAST 11TH STREET, 11TH FLOOR
NEW YORK, NEW YORK 10003
(718) 742-1688
E-MAIL: DKB@DAVIDBERTAN.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/24

APPLICATION GRANTED
SO ORDERED:
_____
Vincent L. Briccetti, U.S.D.J.
Dated: 10/10/2024
White Plains, NY

The 10/15/24 conference is adjourned to 11/21/2024 at 2:30 p.m.

October 9, 2024

*Via ECF*

Hon. Vincent Briccetti, United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

          Re:    USA v. McGuigan, et. al. (Defendant Christopher Anderson)
                Docket No. 18-Cr-585 (VB)    18 CR 585-4

Dear Judge Briccetti:

      There is a conference in the above matter on Tuesday, October 15, 2024 at 12 PM. I am respectfully requesting that the conference be adjourned; I have a scheduling conflict involving an incarcerated defendant in a time-sensitive matter on October 15 that will likely take most of the day. I am available all day Wednesday, October 16, after 11 AM on October 18, and all day on October 21 and 24. I will be unavailable from October 28-november 18 due to a trial schedule. I have consulted with the Government; there is no objection to my request.

      Thank you for your consideration in this matter.

                                          Very truly yours,

                                          David K. Bertan

DKB