UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :    **ORDER**
v.                                :
                                  :    18 CR 585-4  (VB)
Christopher Anderson              ,
              Defendant.          :
-----------------------------------------------------x

    It is hereby ORDERED that David Bertan, Esq. is relieved as attorney of record and James E. Neuman, Esq., is appointed as attorney for defendant Anderson pursuant to the Criminal Justice Act.

Dated:  November 21, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge