```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA                :
                                        :    **ORDER**
v.                                      :
                                        :    18 CR 585-4 (VB)
CHRISTOPHER ANDERSON,                   :
                    Defendant.          :
--------------------------------------------------------x

      The Court has been advised by the government that the parties, including the U.S. probation officer, have reached agreement with respect to the probation officer's request to modify the conditions of defendant's supervised release, to include required participation in cognitive behavior therapy or an anger management treatment program as directed by the probation officer. Accordingly, the status conference scheduled for December 19, 2024, is CANCELLED.

      The probation officer is directed to submit the appropriate paperwork for the Court's approval by December 20, 2024.

      Government counsel is advised that, in the future, any substantive request, such as the instant request, shall only be made by letter filed on the ECF docket. The Court does not accept emails with respect to such substantive matters, although it will make an exception in this one instance.

Dated: December 18, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge